UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*

Gregory Shnitkin
102 Bryce Ct
Manalapan, NJ 07726

Order Filed on May 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
*[Enter the debtor's name(s)]*

Gregory Shnitkin

Case No.: **18-18016**
*[Enter the case number]*

Chapter: **13**
*[Enter the case number]*

Judge: **Kathryn C. Ferguson**
*[Enter the Judge's last name]*

## ORDER CONCERNING APPLICATION TO
## EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: May 14, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

       The Court having reviewed the debtor's Application Time to Extend Time to File Missing Documents, and any related responses or objections, it is hereby

ORDERED that:

☒ The debtor's request to extend the time within which the missing documents must be filed is granted. The balance of the debtor's schedules as set forth in the Court's *Notice of Missing Documents and Notice of Dismissal if Documents are Not Timely Filed* must be received by the Court no later than  May 21, 2018  . If all missing documents are not filed by this date, the case will be dismissed without further notice.

☐ The debtor's request to extend the time to file missing documents is denied. The case is dismissed. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

*new.8/22/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-18016-KCF
Gregory Shnitkin                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 14, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db             +Gregory Shnitkin,    102 Bryce Court,    Manalapan, NJ 07726-5033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 3