Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                            Case No.: 18–18016–KCF
                            Chapter:  13
                            Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory Shnitkin
   dba E–Z List Inc.
   102 Bryce Court
   Manalapan, NJ 07726

Social Security No.:
   xxx–xx–2693

Employer's Tax I.D. No.:
   20–1791506

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         6/27/18
Time:        10:00 AM
Location:     Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: May 21, 2018
JAN: amg

                                                      Jeanne Naughton
                                                      Clerk, U. S. Bankruptcy Court