Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

            Case No.: 18–18016–KCF
            Chapter: 13
            Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory Shnitkin
   dba E–Z List Inc.
   102 Bryce Court
   Manalapan, NJ 07726

Social Security No.:
   xxx–xx–2693

Employer's Tax I.D. No.:
   20–1791506

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               6/27/18
Time:              10:00 AM
Location:         Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 21, 2018
JAN: amg

                                                          Jeanne Naughton
                                                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-18016-KCF
Gregory Shnitkin                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 21, 2018
                              Form ID: 132             Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2018.
```
db              +Gregory Shnitkin,    102 Bryce Court,    Manalapan, NJ 07726-5033
517470049      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
517470050       +Citibankna,    1000 Technology Dr,    0 Fallon, MO 63368-2239
517470051       +Lyons, Doughty & Veldhuis,    136 Gaither Drive, Suite 100,    PO Box 1269,
                  Mount Laurel, NJ 08054-7269
517470053       +Romano Garubo & Argentieri,    52 Newton Ave., PO Box 456,    Woodbury, NJ 08096-7456
517494659        Wells Fargo Bank N.A.,    1000 Blue Gentian Road N9286-01Y,    Eagan, MN 55121-7700
517470054       +Wells Fargo Bank Nv Na,    P 0 Box 31557,    Billings, MT 59107-1557
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 21 2018 22:33:15     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2018 22:33:15     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517470049        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 21 2018 22:46:20     Capital One,
                  15000 Capital One Dr,   Richmond, VA 23238
517470052        E-mail/Text: camanagement@mtb.com May 21 2018 22:33:13     M & T Bank,   Po Box 900,
                  Millsboro, DE 19966
                                                                                               TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2018 at the address(es) listed below:
```
              Albert Russo     docs@russotrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 3
```