Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–18016–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Gregory Shnitkin
dba E–Z List Inc.
102 Bryce Court
Manalapan, NJ 07726

Social Security No.:
xxx–xx–2693

Employer's Tax I.D. No.:
20–1791506

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 5/21/18 and a confirmation hearing on such Plan has been scheduled for 8/8/18.

The debtor filed a Modified Plan on 7/23/18 and a confirmation hearing on the Modified Plan is scheduled for 8/22/18. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.


Dated: July 24, 2018
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-18016-KCF
Gregory Shnitkin                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Jul 24, 2018
                            Form ID: 186       Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2018.
```
db           +Gregory Shnitkin,   102 Bryce Court,   Manalapan, NJ 07726-5033
517470050    +Citibankna,   1000 Technology Dr,   O Fallon, MO 63368-2239
517470051    +Lyons, Doughty & Veldhuis,   136 Gaither Drive, Suite 100,   PO Box 1269,
              Mount Laurel, NJ 08054-7269
517626297     M&T Bank, successor by merger to,   Hudson City Savings Bank,   Attn. Payment Processing,
              PO Box 1288,   Buffalo, NY 14240-1288
517470053    +Romano Garubo & Argentieri,   52 Newton Ave., PO Box 456,   Woodbury, NJ 08096-7456
517494659     Wells Fargo Bank N.A.,   1000 Blue Gentian Road N9286-01Y,   Eagan, MN 55121-7700
517470054    +Wells Fargo Bank Nv Na,   P O Box 31557,   Billings, MT 59107-1557
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 24 2018 23:31:03    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 24 2018 23:30:59    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517470049     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 24 2018 23:35:04    Capital One,
              15000 Capital One Dr,   Richmond, VA 23238
517617682     E-mail/PDF: resurgentbknotifications@resurgent.com Jul 24 2018 23:33:54
              LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517470052     E-mail/Text: camanagement@mtb.com Jul 24 2018 23:30:28    M & T Bank,   Po Box 900,
              Millsboro, DE 19966
517635997     E-mail/Text: camanagement@mtb.com Jul 24 2018 23:30:28    M&T Bank,   POB 840,
              Buffalo, NY 14240
                                                                                               TOTAL: 6
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2018 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Aniello D. Cerreto    on behalf of Debtor Gregory  Shnitkin adclawoffice@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```