UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Gregory Shnitkin

Case No.: _____ 18-18016-KCF _____

Chapter: _____ 13 _____

Judge: _____ Ferguson _____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: __Aniello D. Cerreto_____

This will confirm that on _____ 08/17/2018 _____ the following document(s) was filed by you.

☒    Amendment to Schedule(s) __A/B_____,

☐    Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒    Declaration About an Individual Debtor's Schedules (106 Declaration)

☒    An updated Summary of Your Assets and Liabilities and Certain Statistical Information
(106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐    Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐    An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)
[Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

Dated: __08/21/2018_____                    Jeanne A. Naughton, Clerk

*rev.1/4/17*