Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–18016–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Gregory Shnitkin
dba E–Z List Inc.
102 Bryce Court
Manalapan, NJ 07726

Social Security No.:
xxx–xx–2693

Employer's Tax I.D. No.:
20–1791506

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/11/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 12, 2019
JAN: dmi

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 18-18016-KCF
Gregory Shnitkin                                                    Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin               Page 1 of 1             Date Rcvd: Apr 12, 2019
                              Form ID: 148              Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2019.
db             +Gregory Shnitkin,    102 Bryce Court,    Manalapan, NJ 07726-5033
517470050      +Citibankna,    1000 Technology Dr,    0 Fallon, MO 63368-2239
517470051      +Lyons, Doughty & Veldhuis,    136 Gaither Drive, Suite 100,    PO Box 1269,
                 Mount Laurel, NJ 08054-7269
517626297       M&T Bank, successor by merger to,    Hudson City Savings Bank,    Attn. Payment Processing,
                 PO Box 1288,    Buffalo, NY 14240-1288
517470053      +Romano Garubo & Argentieri,    52 Newton Ave., PO Box 456,    Woodbury, NJ 08096-7456

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 13 2019 00:58:05     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 13 2019 00:58:02     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517470049       EDI: CAPITALONE.COM Apr 13 2019 04:23:00      Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238
517617682       EDI: RESURGENT.COM Apr 13 2019 04:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517470052       E-mail/Text: camanagement@mtb.com Apr 13 2019 00:57:47     M & T Bank,   Po Box 900,
                 Millsboro, DE 19966
517635997       E-mail/Text: camanagement@mtb.com Apr 13 2019 00:57:47     M&T Bank,   POB 840,
                 Buffalo, NY 14240
517494659       EDI: WFFC.COM Apr 13 2019 04:23:00      Wells Fargo Bank N.A.,
                 1000 Blue Gentian Road N9286-01Y,    Eagan, MN 55121-7700
517470054      +EDI: WFFC.COM Apr 13 2019 04:23:00      Wells Fargo Bank Nv Na,   P 0 Box 31557,
                 Billings, MT 59107-1557
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2019 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Aniello D. Cerreto    on behalf of Debtor Gregory Shnitkin adclawoffice@gmail.com
              Emmanuel J. Argentieri    on behalf of Creditor   M&T Bank successor by merger to Hudson City
               Savings Bank bk@rgalegal.com
              Kevin Gordon McDonald    on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```